UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 20-62169-LRC |
| | ) |
| CYNTHIA ANDERSON-GRAYSON, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, c/o BSI Financial Services, Inc., its servicing agent, a secured creditor and party in interest, and hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

This 12th day of March, 2020.

Prepared By:

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

## CERTIFICATE OF SERVICE

This is to certify that I have served the following parties in this matter with a copy of the within and foregoing by, **unless otherwise noted**, depositing a true and correct copy in the U.S. Mail with sufficient postage affixed thereto and properly addressed as follows:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Cynthia Anderson-Grayson*
2435 Haverford Way
Decatur, GA 30032
        *Pro se

This 12th day of March, 2020.

/s/ Marc E. Ripps
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com