UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-62169-LRC |
| | ) | |
| CYNTHIA ANDERSON-GRAYSON, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CABANA SERIES III TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CYNTHIA ANDERSON-GRAYSON, and MELISSA J. DAVEY, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION TO HOLD CASE OPEN PENDING SCHEDULED HEARING**

COMES NOW, U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, c/o BSI Financial Services, Inc., its servicing agent ("Movant"), and hereby shows this Court the following:

1.

On March 12, 2020, Movant filed a Motion for Relief from Automatic Stay and for *In Rem* Relief, or in the Alternative, for Dismissal with Prejudice (Doc. No. 21) ("Motion for Relief"), and a hearing is scheduled for 1:15 p.m. on March 31, 2020.

2.

As set forth in the Motion for Relief, Debtor has filed multiple pro se bankruptcies that were dismissed, inter alia, for her failure to comply with court orders that required her to file various documents with this Court.

3.

On February 5, 2020, this Court filed its Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Doc. No. 8) that set February 18, 2020 as the deadline by which Debtor must correct the filing deficiencies listed therein, as extended to March 18, 2020 by its order dated March 9, 2020 (Doc. No. 18) (collectively "Order").

4.

On March 18, 2020, Debtor filed incomplete schedules (Doc. No. 24). Debtor has failed to file Schedules C, D, E, F, G, H and I, and she has failed to file her Chapter 13 Plan as ordered by this Court.

5.

Debtor has failed to fully comply with the Order.

6.

Movant holds that sufficient grounds exist to justify *in rem* relief, or in the alternative, to dismiss this case with prejudice. Accordingly, Movant respectfully requests that this Court not dismiss this case due to Debtor's failure to comply with the Order, but rather hold this case open so that the Motion for Relief can be heard and the requested relief can be granted.

This 25th day of March, 2020.

        Prepared By:
        Attorney for Movant

        _____/s/_____
        Marc E. Ripps
        Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com

# CERTIFICATE OF SERVICE

This is to certify that I served the parties listed below with a copy of the Motion to Hold Case Open Pending Scheduled Hearing by, unless otherwise noted, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Cynthia Anderson-Grayson*
2435 Haverford Way
Decatur, GA 30032
        *Pro se

This 25th day of March, 2020.

/s/
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com