IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATANTA DIVISION

Re: CYNTHIA ANDERSON
    GRAYSON                    *
                                        *
                                        *
                                        *      20-62169-LRC
                                        *

    **COMES NOW** Cynthia-Anderson; Grayson, *sui juris*, **(NOT A CORPORATION) see attached affidavit** on behalf of CYNTHIA ANDERSON GRAYSON plaintiff, claiming all of her unlimited, inherent, unalienable, secured Rights, and who hereby respectfully files the followings:

1. STANDARD FORM SF30.
2. STANDARD FORM 1414
3. STANDARD FORM 1416
4. STANDARD FORM 1418
5. AFFIDAVIT OF SURETY
6. OPTIONAL FORM 90 AND 91

    (SEE ALL ATTACHMENTS)

                                                         RESPECTFULLY SUBMITTED

                                                         */s/ Michael Grayson*
                                                         Michael Grayson POA

| CONSENT OF SURETY | 1. CONTRACT NUMBER<br>1461512393 | 2. MODIFICATION NUMBER<br>01 | 3. DATED<br>03/24/2020 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

### 4. INDIVIDUAL PRINCIPAL

| a. NAME OF PRINCIPAL | c. SIGNATURE |
|---|---|
| Cynthia-Anderson;Grayson | *Michael Grayson POA* |

| b. BUSINESS ADDRESS | d. TYPED NAME |
|---|---|
| | Cynthia-Anderson;Grayson |

| STREET ADDRESS | e. TYPED TITLE |
|---|---|
| 1699 Braeburn Drive SE | Georgia Republic SURETY/Owner |

| CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED |
|---|---|---|---|
| Atlanta | GA | 30316 | 03/24/2020 |

(Affix Seal)

### 5. CORPORATE PRINCIPAL

| a. NAME OF PRINCIPAL | c. PERSON EXECUTING CONSENT (Signature) |
|---|---|
| | |

| b. BUSINESS ADDRESS | d. TYPED NAME |
|---|---|
| | |

| STREET ADDRESS | e. TYPED TITLE |
|---|---|
| | |

| CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED |
|---|---|---|---|
| | | | |

(Affix Seal)

### 6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

#### A

| a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) |
|---|---|
| Cynthia-Anderson; Grayson | *Michael Grayson POA* |

| b. BUSINESS ADDRESS | d. TYPED NAME |
|---|---|
| | Cynthia-Anderson;Grayson |

| STREET ADDRESS | e. TYPED TITLE |
|---|---|
| 1699 Braeburn Drive SE | Georgia Republic SURETY/Owner |

| CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED |
|---|---|---|---|
| Atlanta | GA | 30316 | 03/10/2020 |

(Affix Seal)

#### B

| a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) |
|---|---|
| | |

| b. BUSINESS ADDRESS | d. TYPED NAME |
|---|---|
| | |

| STREET ADDRESS | e. TYPED TITLE |
|---|---|
| | |

| CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED |
|---|---|---|---|
| | | | |

(Affix Seal)

#### C

| a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) |
|---|---|
| | |

| b. BUSINESS ADDRESS | d. TYPED NAME |
|---|---|
| | |

| STREET ADDRESS | e. TYPED TITLE |
|---|---|
| | |

| CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED |
|---|---|---|---|
| | | | |

(Affix Seal)

*(Add similar signature blocks on the back of this form if necessary for additional co-Sureties)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1414 (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(k)

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 \| 1 |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| 01 | 03/24/2020 | | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | |
|---|---|---|---|---|---|

Cynthia-Anderson; Grayson
1699 Braeburn Drive
Atlanta, Ga 30316

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| CYNTHIA ANDERSON GRAYSON<br>1699 BRAEBURN DRIVE<br>ATLANTA, GA 1699 | ☐ | 03/25/2020 |
| | | 9B. DATED *(SEE ITEM 11)* |
| | ☐ | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER |
| | | 01 |
| | | 10B. DATED *(SEE ITEM 13)* |
| CODE | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☒ | D. OTHER *(Specify type of modification and authority)*<br>Principal Owner of account opts out of Agency administrating the account. |

**E. IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
Pay to the Order: BSI FINANCIAL SERVICES
Attn: GAGAN SWHARMA CFO
Account No. 1461512393
That this account is settled and closed, I want this account liquidated per the Payment Bond and the Performance Bond all assets return to the Owner deposit into a debit card.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| Cynthia-Anderson;Grayson | |
| 15B. ~~CONTRACTOR~~/OFFEROR<br>*Michael Grayson POA*<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED<br>3/24/2020 | 16B. UNITED STATES OF AMERICA<br><br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

*Previous edition unusable*

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

| AFFIDAVIT OF INDIVIDUAL SURETY | OMB Control Number: 9000-0001 |
|---|---|
| (See instructions on reverse) | Expiration Date: 2/28/2021 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0001. We estimate that it will take 0.3 hours to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| STATE OF Georgia | SS. |
|---|---|
| COUNTY OF Fulton | |

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME (First, Middle, Last) (Type or Print)<br><br>CYNTHIA ANDERSON GRAYSON | 2. HOME ADDRESS (Number, Street, City, State, ZIP Code)<br>169 BRAEBURN DRIVE SE<br>ATLANTA, GA 30316 |
|---|---|
| 3. TYPE AND DURATION OF OCCUPATION<br><br>SURETY/LIVETIME | 4. NAME AND ADDRESS OF EMPLOYER (If Self-employed, so State)<br>Clerk of Superior Court Fulton County<br>136 Pryor Street<br>Atlanta, GA 30303 |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED (Number, Street, City, State, ZIP Code)<br>BSI FINANCIAL SERVICE<br>314 S FRANKLIN ST 2 FLOOR<br>TITUSVILLE, PA 16354 | 6. TELEPHONE NUMBER<br>HOME -<br><br>BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate (Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)

see Standard Form 1416           See Standard Form SF30
See Optional Form 90, Optional Form 91
See Standard Form 1414
See Standard Form 1418

(b) Assets other than real estate (describe the assets, the details of the escrow account, and attach certified evidence thereof).

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

see Standard Form 1416           See Standard Form SF30
See Optional Form 90, Optional Form 91    See Standard Form 1418
See Standard Form 1414

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
see Standard Form 1416           See Standard Form SF30
See Optional Form 90, Optional Form 91    See Standard Form 1418
See Standard Form 1414

**DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.**

| 10. SIGNATURE<br><br>*/s/ Michael Grayson POA/* | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES (Where Appropriate)<br>See Optional Form 90,91,<br>See Standard Form 1414,1416,1418 and SF30 |
|---|---|

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE (Or other jurisdiction) | |
|---|---|---|
| MONTH 3  DAY 24  YEAR 2020 | Fulton, Georgia | Official Seal |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH (Type or print)<br>Jermaine W Bradley | d. SIGNATURE<br>*/s/ J Bradley/* | Jermaine Bradley<br>NOTARY PUBLIC<br>Fulton County, GEORGIA<br>My Comm. Expires 02/05/2022 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 28 (REV. 4/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

| **PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED *(Must not be later than bid opening date)* 03/24/2020 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*
Cynthia-Anderson;Grayson
1699 Braeburn Drive SE
Atlanta, GA 30316

**TYPE OF ORGANIZATION** ("X" one)
☐ INDIVIDUAL       ☐ PARTNERSHIP
☐ JOINT VENTURE    ☒ CORPORATION

**STATE OF INCORPORATION**
STATE OF GEORGIA

**SURETY(IES)** *(Name(s) and business address(es)) (Include ZIP code)*
CYNTHIA ANDERSON GRAYSON
1699 BRAEBURN DRIVE SE
ATLANTA, GA 30316

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 0 | 187 | 954 | 90 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 03/24/2020 | 1461512393 |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION *Previous edition is NOT usable* | **STANDARD FORM 1416** (REV. 10/1998) Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

| | | PRINCIPAL | | | | |
|---|---|---|---|---|---|---|
| SIGNATURE(S) | 1. *Michael Grayson* (Seal) | 2. (Seal) | | 3. (Seal) | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Cynthia-Anderson;Grayson SURETY/Owner | 2. | | 3. | | |
| | | INDIVIDUAL SURETY(IES) | | | | |
| SIGNATURE(S) | 1. (Seal) | | 2. | | | (Seal) |
| NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |
| | | CORPORATE SURETY(IES) | | | | |

| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| SURETY A | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| SURETY B | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 1416** (REV. 10/1998) **BACK**

| PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>09/14/2001 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)*<br>Cynthia-Anderson;Grayson<br>1699 Braeburn Drive SE<br>Atlanta, GA 30316 | TYPE OF ORGANIZATION *("X" one)*<br>☐ INDIVIDUAL     ☐ PARTNERSHIP<br>☐ JOINT VENTURE     ☒ CORPORATION<br>STATE OF INCORPORATION<br>STATE OF GEORGIA |
|---|---|

| SURETY(IES) *(Name(s) and business address(es))*<br>CYNTHIA ANDERSON GRAYSON<br>1699 BRAEBURN DRIVE SE<br>ATLANTA, GA 30316 | PENAL SUM OF BOND |||| 
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 0 | 187 | 954 | 90 |
| | CONTRACT DATE<br>03/24/2020 | CONTRACT NUMBER<br>1461512393 |||
| | OPTION DATE | OPTION NUMBER |||

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| PRINCIPAL ||||
|---|---|---|---|
| SIGNATURE(S) | 1. *[signature]* Michael Grayson POA (Seal) | 2. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Cynthia-Anderson;Grayson SURETY/Owner | 2. | |

| INDIVIDUAL SURETY(IES) ||||
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) | |
| NAME(S) *(Typed)* | 1. | 2. | |

| CORPORATE SURETY(IES) ||||||
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>*Previous edition is NOT usable* | STANDARD FORM 1418 (REV. 2/1999)<br>Prescribed by GSA-FAR (48 CFR) 53.228(b) |
|---|---|

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas   CYNTHIA A GRAYSON   , of   1699 BRAEBURN DRIVE SE, ATLANTA   , by a bond
        (Name)                                (Place of Residence)
for the performance of U.S. Government Contract Number   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   ,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow

    in Account Number   1461512393   on deposit

    at   BSI FINANCIAL SERVICES
                    (Name of Financial Institution)

located at   314 S FRANKLIN STREET 2 FLOOR, TITUSVILLE, PA 16354   , and
                    (Address of Financial Institution)

Whereas I,   Grayson, Cynthia Anderson   , being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

    NATIONAL BANK ACT OF 1884 SECTION 27, 28 & 53. 28 USC 2041-2044:
    Court Instruction 12 USC 95a (2): Full acquittance and discharge for all purposes of the obligation....

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

    BSI FINANCIAL SERVICES   .
    (Name of Financial Institution)

[Date] 3/24/20

[Signature] *Michael Grayson POA*
Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

## RELEASE OF LIEN ON REAL PROPERTY

Whereas _____CYNTHIA A GRAYSON_____, of _____1699 BRAEBURN DRIVE, ATLANTA_____, by a bond
           (Name)                              (Place of Residence)

for the performance of U.S. Government Contract Number _____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_____,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 175 OF THE 15TH DISTRICT, DEKALB COUNTY, GEORGIA, BEING LOT 23, BLOCK E, HAMES & LEVY SUBDIVISION, AS PER PLAT RECORDED IN PLAT BOOK 15 PAGE 131, DEKALB COUNTY RECORD, WHICH PLAT IS HEREBY REFERRED TO AND MADE A PART HEREOF BY REFERENCE

and recorded this pledge on _____CLERK OF SUPERIOR COURT_____
                                    (Name of Land Records)
in the _____FULTON_____ of _____Georgia_____,
         (Locality)              (State)
and

Whereas, I, _____Grayson, Cynthia Anderson_____, being a duly authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.

[Date] 3/24/20

[Signature] *Michael Grayson PoA*

[Seal]

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 90** (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228 (n)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATANTA DIVISION

Re: CYNTHIA ANDERSON
GRAYSON

\*
\*
\*
\*   20-62169-LRC
\*

### Certificate of Service

I certify that a true and correct copy of the foregoing STANDARD FORM ST 30, STANDRD FORM 1414, STANDARD FORM 1416, STANDARD FORM 1418, AFFIDAVIT OF SURETY, OPTIONAL FORM 90, AND 91

was sent via first class mail to the following: this 24 day of March, 2020.

All Rights Reserved,

MELLISSA J DAVERY TRUSTEE
260 Peachtree Street NW
Atlanta, GA 30303

_Michael Grayson POA_
Michael Grayson POA
1699 Braeburn Drive
Atlanta, GA 30316