**IT IS ORDERED as set forth below:**

Date: April 7, 2020



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 20-62169-LRC |
| ) | |
| CYNTHIA ANDERSON-GRAYSON, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |
| ) | |
| U.S. BANK TRUST NATIONAL ) | CONTESTED MATTER |
| ASSOCIATION, AS TRUSTEE FOR ) | |
| THE CABANA SERIES III TRUST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| CYNTHIA ANDERSON-GRAYSON, and ) | |
| MELISSA J. DAVEY, Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust, c/o BSI Financial Services, its servicing agent ("Movant"), filed a Motion for Relief from

Automatic Stay and for *In Rem* Relief, or in the Alternative, for Dismissal with Prejudice on March 12, 2020 (Doc. No. 21) ("Motion"), and the telephonic hearing on the Motion was scheduled for March 31, 2020 at 1:15 p.m.  Michael Grayson, not a party to this bankruptcy case, and Counsel for Movant were present during the telephonic hearing, but Debtor was not.  There is not any opposition from the Chapter 13 Trustee, and good cause has been shown.  Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.

The subject real property, 1699 Braeburn Drive, Atlanta, GA 30316, is not property of the estate, and therefore the Motion is denied as to the relief from the automatic stay and *in rem* relief sought therein.

2.

Movant is relieved from the effect of the co-debtor stay to the extent, if any, that the co-debtor stay is applicable in this case.

[END OF DOCUMENT]

PREPARED BY:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515
P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____
Mandy K. Campbell            (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA  30303
(678) 510-1444
Email:  mcampbell@13trusteeatlanta.com

## DISTRIBUTION LIST ON ORDER

Pursuant to LR 9013-3(c) NDGa., the Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Melissa J. Davey, Esq.
Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Cynthia Anderson-Grayson*
2435 Haverford Way
Decatur, GA 30032
    *Pro se