FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2020 APR 20  PM 12: 02

M. REGINA THOMAS
CLERK

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CYNTHIA ANDERSON-GRAYSON | ) | CHAPTER 13 |
| | ) | |
| | ) | Case No. 20-62169-lrc |
| Debtor | ) | |
| | ) | DEBTOR'S NOTICE OF CONVERSION OF |
| | ) | BANKRUPTCY CASE FROM CHAPTER 13 TO |
| | ) | CHAPTER 7 [11 U.S.C. § 1307(a), |
| | ) | LBR 1017-1, LBR 3015-1(q)(2)] |

NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7
ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on 02/04/2020:
2. Name of chapter 13 trustee: Melissa J Davey Trustee
3. The additional filing fee is being paid concurrently with the filing of this notice.
4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Date: April 20, 2020

Respectfully submitted,

Michael Grayson P.O.A.
For Cynthia Anderson Grayson

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 2435 Haverford Way, Atlanta, GA 30032

A true and correct copy of the foregoing document entitled: DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. § 1307(a), LBR 1017-1, LBR 3015-1(q)(2)] I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows

Melissa J Davey Trustee
260 Peachtree Street NW Ste 200
Atlanta, GA 30303

Date: 4/20/2020

Michael Grayson P.O.A.
2435 Haverford Way
Decatur, GA  30032