**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: ) Case No.: 20-62169-LRC

Cynthia Anderson-Grayson ) Judge: Lisa Ritchey-Craig

) Chapter: 7

Debtor(s)

## AMENDMENT

Comes Now the Debtor, Cynthia Anderson-Grayson, who hereby respectfully submits these documents to be considered for amendment:

(I) Schedule C: The Property You Claim as Exempt

(II) Schedule I: Your Income

(III) Form 106Sum: Summary of Your Assets and Liabilities and Certain Statistical Information

SEE ATTACHMENT(S):

Dated: August 28, 2020

Signature(s): Michael Grayson P.O.A.
Michael Grayson

Printed Name(s): c/o Grayson, Michael

Address: 2435 Hartford Way
Decatur Georgia
30032

Phone: 770.676.1556

Fill in this information to identify your case:

Debtor 1: CYNTHIA ANDERSON-GRAYSON
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 20-BK-62169-LRC

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt  04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____  Line from *Schedule A/B*: ___ | $_____ | ☐ $ 0.00  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B*: ___ | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B*: ___ | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

Form 106 C       Schedule C:       page 1 of 1

Fill in this information to identify your case:

Debtor 1  CYNTHIA ANDERSON-GRAYSON
First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number  20-BK-62169-LRC
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | N/A No employment | |
   | Employer's name | | |
   | Employer's address | | |
   | | Number  Street | Number  Street |
   | | City  State  ZIP Code | City  State  ZIP Code |
   | How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $_____ |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1 CYNTHIA ANDERSON-GRAYSON Case number (if known) 20-BK-62169-LRC
First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | $ _____ | $ _____ |

5. List all payroll deductions:

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. $ 0.00 | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. $ 0.00 | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. $ 0.00 | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. $ 0.00 | $ _____ |
| 5e. Insurance | 5e. $ 0.00 | $ _____ |
| 5f. Domestic support obligations | 5f. $ 0.00 | $ _____ |
| 5g. Union dues | 5g. $ 0.00 | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ 0.00 | + $ _____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6. $ 0.00    $ _____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7. $ 0.00    $ _____

8. List all other income regularly received:

   8a. Net income from rental property and from operating a business, profession, or farm
      Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ 0.00    $ _____
   8b. Interest and dividends    8b. $ 0.00    $ _____
   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
      Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ 0.00    $ _____
   8d. Unemployment compensation    8d. $ 0.00    $ _____
   8e. Social Security    8e. $ 0.00    $ _____
   8f. Other government assistance that you regularly receive
      Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
      Specify: _____    8f. $ 0.00    $ _____
   8g. Pension or retirement income    8g. $ 0.00    $ _____
   8h. Other monthly income. Specify: _____    8h. +$ 0.00    +$ _____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9. $ 0.00    $ _____

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10. $ 0.00 + $ _____ = $ _____

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies    12. $ 0.00
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☑ No.
    ☐ Yes. Explain: _____

Official Form 106I    Schedule I: Your Income    page 2

Fill in this information to identify your case:

Debtor 1: Cynthia Anderson-Gayson

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Georgia

Case number: 20-62169 LRC

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

Your assets
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B ........................... $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B ................. $ 230.00

   1c. Copy line 63, Total of all property on Schedule A/B ........................ $ 230.00

### Part 2: Summarize Your Liabilities

Your liabilities
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D ........... $ 0.00

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F ........... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F ........... + $ 451,634.00

   Your total liabilities    $ 451,634.00

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I ........... $ 0.00

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J ........... $ 3,730.00

Debtor 1 **Cynthia Anderson Grayson**
         First Name   Middle Name   Last Name

Case number (if known) **20-62169 LRC**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ **0.00**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)                                      $ **0.00**

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)            $ **0.00**

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $ **0.00**

   9d. Student loans. (Copy line 6f.)                                                    $ **15,166.00**

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ **0.00**

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ **0.00**

   9g. Total. Add lines 9a through 9f.                                                    $ **15,166.00**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

IN RE: Cynthia Anderson-Grayson )
) Case No: 20-62169-LRC
) Chapter: Chapter 7
)
)
Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the **28** day of **August**, 20**20** I served a copy of the AMENDMENT which was filed in this bankruptcy matter on the \_\_\_ day of _____, 20\_\_.

Mode of service (check one):   ✓ MAILED    \_\_\_ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

S. Gregory Hays
Trustee
Hays Financial Consulting, LLC
Address
Suite 555
2964 Peachtree Rd
Atlanta, Georgia 30305

U.S. Bank Trust National
Creditor
425 Walnut Street
Address
Cincinnati OH 45202

Emory Med. Care Foundation
101 West Ponce de Leon Ave
Decatur GA 30030

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: August 28, 2020

Signature: Michael Grayson P.O.A.
Printed Name: Michael Grayson
Address: c/o Grayson, Michael
2435 Haverford Way
Decatur GA 30032
Phone: 770.676.1556