**IT IS ORDERED as set forth below:**



**Date: August 31, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| **IN THE MATTER OF:** | : | **CASE NUMBER** |
|---|---|---|
| | : | |
| CYNTHIA ANDERSON-GRAYSON, | : | 20-62169-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

**O R D E R**

For the reasons stated on the record at the hearing held on August 20, 2020, the Debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Doc. 70) is **GRANTED,** and the Debtor's *Motion to Vacate Dismissal* (Doc. 64) is **GRANTED**. Accordingly**,**

IT IS ORDERED that the Order Dismissing Case (Doc. 58), entered June 24, 2020, is hereby **VACATED**, and the case is reinstated.

**END OF DOCUMENT**

**Distribution List**

**All parties on the Court's Mailing Matrix**

2