**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Cynthia Anderson−Grayson** | Case No.: **20−62169−lrc**<br>Chapter: **7**<br>Judge: **Lisa Ritchey Craig** |
| | Debtor(s) | |

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 72 filed on August 28, 2020, is deficient for the following reasons:

Missing Verification or Declaration concerning debtor's schedules as required by FRBP 1008.

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 8/31/20

M. Regina Thomas
Clerk of Court

By: Rhonda Gentry
Deputy Clerk

Form 431 − Notice of deficiency 12−2017

United States Bankruptcy Court
Northern District of Georgia

In re:  
Cynthia Anderson-Grayson,  
    Debtor

Case No. 20-62169-lrc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: gentryr     Page 1 of 1     Date Rcvd: Aug 31, 2020  
                           Form ID: 431     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
db         +Cynthia Anderson-Grayson,    2435 Haverford Way,    Decatur, GA 30032-6230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:  
         Marc E. Ripps    on behalf of Creditor    U.S. Bank Trust National Association meratl@aol.com  
         Melissa J. Davey    on behalf of Trustee Melissa J. Davey mail@13trusteeatlanta.com,  
          cdsummary@13trusteeatlanta.com;cdbackup@13trusteeatlanta.com  
         Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov  
         S. Gregory Hays    ghays@haysconsulting.net,    saskue@haysconsulting.net;GA32@ecfcbis.com  
                                                                                                                  TOTAL: 4