# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: _Cynthia Anderson-Grayson_ )  Case No.: _20-62169-LRC_
) Judge: _Lisa Ritchey Craig_
) Chapter: _7_
)

Debtor(s)

## AMENDMENT

_Official form 106 Dec Amended._

Dated: _Sept. 8, 2020_    Signature(s): _Cynthia Anderson Grayson_

Printed Name(s): _Cynthia Anderson-Grayson_

Address: _1699 Braeburn Drive_
_Atlanta, Georgia 30316_

Phone: _#770.676.1556_

**Fill in this information to identify your case:**

Debtor 1: Cynthia Anderson-Grayson
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 20-62169-LRC

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Cynthia Anderson-Grayson        X _____
Signature of Debtor 1                  Signature of Debtor 2

Date 8TH DAY OF SEPT., 2020    Date _____
     MM / DD / YYYY                  MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

IN RE: Cynthia Anderson-Grayson )
) Case No: 20-62169 LRC
)
) Chapter 7
)
)
Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __8__ day of September, 2020, I served a copy of the AMENDMENT which was filed in this bankruptcy matter on the __10__ day of September 2020.

Mode of service (check one):    __✓__ MAILED    ____ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

J. Gregory Hayes
Trustee
Hays Financial Consulting LLC
Address
Suite 555
2964 Peachtree Rd,
Atlanta Georgia 3

Creditor

Address

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: September 8, 2020    Signature: Cynthia Anderson Grayson

Printed Name: Cynthia Grayson

Address: 1699 Braeburn Drive
Atlanta Georgia

Phone: #770-676-7556