**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re:  CYNTHIA ANDERSON-GRAYSON | § § § § | Case No. 20-62169-LRC |
| Debtor(s) | | |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 02/04/2020. The case was converted to one under Chapter 7 on 04/21/2020. The undersigned trustee was appointed on 04/21/2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $          25,660.70

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16,922.88 |
| Bank service fees | 443.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 8,294.50 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2021 and the deadline for filing governmental claims was 01/21/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,486.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,486.62 as interim compensation and now requests the sum of $0.00, for a total compensation of $2,486.62$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $50.99 and now requests reimbursement for expenses of $0.00 for total expenses of $50.99$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/15/2024                              By: /s/ S. Gregory Hays
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 20-62169-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | CYNTHIA ANDERSON-GRAYSON | Date Filed (f) or Converted (c): | 04/21/2020 (c) |
| | | § 341(a) Meeting Date: | 05/27/2020 |
| For Period Ending: | 07/15/2024 | Claims Bar Date: | 01/21/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | 1699 Braeburn Drive, Atlanta, GA 30316<br>Only asset listed on original schedules. (See Footnote) | 225,000.00 | 0.00 | | 0.00 | FA |
| 2 | Living room, bed room, kitchen (u)<br>Exemption not claimed but available. | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Television,radio, cell phone (u)<br>Exemption not claimed but available. | 75.00 | 75.00 | | 0.00 | FA |
| 4 | Everyday clothes (u)<br>Exemption not claimed but available. | 50.00 | 50.00 | | 0.00 | FA |
| 5 | Evervday jewelry (u)<br>Exemption not claimed but available. | 10.00 | 10.00 | | 0.00 | FA |
| 6 | Claims against Michael Grayson for avoidance of pre-petition transfer of property (Adversary # 21-5127) (u) | 27,235.70 | 27,235.70 | | 25,660.70 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$252,470.70** | **$27,470.70** | | **$25,660.70** | **$0.00** |

RE PROP# 1    The real property located at 1699 Braeburn Drive was transferred to Michael Grayson (Debtor's Son) pre-petition and determined to not be property of the bankruptcy estate per Order, Dkt # 33.  Also see asset # 6 relating to the pre-petition transfers and excess foreclosure proceeds.

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| Case No.: 20-62169-LRC | Trustee Name: (300320) S. Gregory Hays |
| Case Name: CYNTHIA ANDERSON-GRAYSON | Date Filed (f) or Converted (c): 04/21/2020 (c) |
| | § 341(a) Meeting Date: 05/27/2020 |
| For Period Ending: 07/15/2024 | Claims Bar Date: 01/21/2021 |

**Major Activities Affecting Case Closing:**

4/21/2020 - The case was filed as a Chapter 13 case on 2/4/20. It was converted to one under Chapter 7 on 4/21/20.

10/6/2020 - The Debtor purchased her house at 1699 Braeburn Drive, Atlanta, GA 30316 in year 2001. The Debtor quitclaimed the property to her son on 6/22/19 and filed Chapter 13 on 2/4/20. The property was foreclosed upon and $27,235.70 is being held by the law firm which handled the foreclosure.

6/30/21 - The Trustee intends to file a complaint relating to the transfer and pursue recovery of the excess funds from the foreclosure for the benefit of creditors.

12/15/21 - Trustee files Adversary case 21-05127. Complaint against Michael L Grayson to avoid the transfer of the real property located at 1699 Braeburn Drive, Atlanta, GA to Mr. Grayson.

5/9/22 - The Clerk enter an Entry of Default in the Adversary. Trustee to pursue a judgment against Mr. Grayson and recover the $27,235.70 held by the law firm who handled the foreclosure.

8/18/22 - Motion for Default and Memo of Law in Support filed.

2/1/23 - Funds received from closing attorney escrow.

2/16/2023 - Final tax return filed.

6/18/24 - Refund from ECMC being mailed to the Trustee. Will be redistributed.

**Initial Projected Date Of Final Report (TFR):** 12/31/2022      **Current Projected Date Of Final Report (TFR):** 01/29/2024 (Actual)

| | |
|---|---|
| 07/15/2024 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

| | | Form 2 | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | **Cash Receipts And Disbursements Record** | | | | Page: 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 20-62169-LRC | | Trustee Name: | S. Gregory Hays (300320) | | |
| Case Name: | CYNTHIA ANDERSON-GRAYSON | | Bank Name: | East West Bank | | |
| Taxpayer ID #: | **-***1160 | | Account #: | ******0568 Checking | | |
| For Period Ending: | 07/15/2024 | | Blanket Bond (per case limit): | $27,655,000.00 | | |
| | | | Separate Bond (if applicable): | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/01/23 | {6} | Rubin Lubin, LLC - GA IOLTA | Avoided transfer and foreclosure surplus. Paid per Order (Dkt # 14) and Judgment (Dkt # 15) adversary # 21-05127-LRC. | 1241-000 | 25,660.70 | | 25,660.70 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 30.15 | 25,630.55 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 42.44 | 25,588.11 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 38.27 | 25,549.84 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 45.04 | 25,504.80 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 40.87 | 25,463.93 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 39.45 | 25,424.48 |
| 08/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 44.82 | 25,379.66 |
| 09/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 39.31 | 25,340.35 |
| 10/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.31 | 25,297.04 |
| 11/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 40.54 | 25,256.50 |
| 12/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 39.12 | 25,217.38 |
| 05/10/24 | 101 | S. Gregory Hays | Trustee compensation & expenses paid per Order, Dkt # 108. | | | 3,367.06 | 21,850.32 |
| | | S. Gregory Hays | Trustee compensation paid per Order, Dkt # 108.  $3,316.07 | 2100-000 | | | |
| | | S. Gregory Hays | Claims Distribution - Fri, 01-26-2024  $50.99 | 2200-000 | | | |
| 05/10/24 | 102 | Rountree Leitman Klein & Geer LLC | Attorney fees paid per Order, Dkt # 108. | 3210-000 | | 8,029.50 | 13,820.82 |
| 05/10/24 | 103 | Rountree Leitman Klein & Geer LLC | Attorney expenses paid per Order, Dkt # 108. | 3220-000 | | 18.54 | 13,802.28 |
| 05/10/24 | 104 | Michael Bargar | Attorney fees paid per Order, Dkt # 108. | 3210-000 | | 3,632.25 | 10,170.03 |
| 05/10/24 | 105 | Michael Bargar | Attorney expenses paid per Order, Dkt # 108. | 3220-000 | | 14.80 | 10,155.23 |
| 05/10/24 | 106 | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 108. | 3310-000 | | 2,242.50 | 7,912.73 |
| 05/10/24 | 107 | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 108. | 3320-000 | | 97.68 | 7,815.05 |
| 05/10/24 | 108 | Clerk, United States Bankruptcy Court | Special Charges Paid per Order, Dkt # 103. | 2700-000 | | 350.00 | 7,465.05 |
| 05/10/24 | 109 | Educational Credit Management Corporation | Final Distribution. Paid per TFR (Dkt No. 104) and NFR (Dkt No. 105) and Order approving TFR (Dkt No. 108). | 7100-000 | | 7,465.05 | 0.00 |
| 06/25/24 | | Educational Credit Management Corporation | Refund of distribution. Student loan debt had been approved for disability write off. | 7100-000 | | -7,465.05 | 7,465.05 |

Page Subtotals:        $25,660.70        $18,195.65

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 20-62169-LRC | **Trustee Name:** | S. Gregory Hays (300320) | |
| **Case Name:** | CYNTHIA ANDERSON-GRAYSON | **Bank Name:** | East West Bank | |
| **Taxpayer ID #:** | **-***1160 | **Account #:** | ******0568 Checking | |
| **For Period Ending:** | 07/15/2024 | **Blanket Bond (per case limit):** | $27,655,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/12/24 | | S. Gregory Hays | Trustee Commission Overpayment based on Withdrawn Unsecured Claim | 2100-000 | | -829.45 | 8,294.50 |
| | | | **COLUMN TOTALS** | | 25,660.70 | 17,366.20 | $8,294.50 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,660.70 | 17,366.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $25,660.70 | $17,366.20 | |

{ } Asset Reference(s)         UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-62169-LRC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | CYNTHIA ANDERSON-GRAYSON | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***1160 | **Account #:** | ******0568 Checking |
| **For Period Ending:** | 07/15/2024 | **Blanket Bond (per case limit):** | $27,655,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $25,660.70 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $25,660.70 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0568 Checking | $25,660.70 | $17,366.20 | $8,294.50 |
| | **$25,660.70** | **$17,366.20** | **$8,294.50** |

07/15/2024
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 20-62169-LRC CYNTHIA ANDERSON-GRAYSON

Claims Bar Date: 01/21/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trus c/o BSI Financial Services, Inc. 1425 Greenway Drive, #400 Irving, TX 75038 <4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)> , 100 | Secured 03/18/20 | | $186,481.40 $186,481.40 | $0.00 | $186,481.40 |
| | Pursuant to the Court's determination (Dkt # 33). the real property located at 1699 Braeburn Drive, Atlanta, GA 30316 is not property of the estate. The property was foreclosed upon and the excess proceeds are being held by the foreclosing attorney. See adversary # 21-05127. The Trustee did not administer the asset to which the creditor's lien attaches and upon information and belief claim was fully satisfied through foreclosure process. Therefore the Trustee will not be making a distribution on this claim. | | | | | |
| ADM1 | S. Gregory Hays 2964 Peachtree Road, NW, Ste. 555 Atlanta, GA 30305 <2100-000 Trustee Compensation> , 200 | Administrative 07/10/24 | | $2,486.62 $2,486.62 | $2,486.62 | $0.00 |
| ADM2 | S. Gregory Hays 2964 Peachtree Road, NW, Ste. 555 Atlanta, GA 30305 <2200-000 Trustee Expenses> , 200 | Administrative 03/10/22 | | $50.99 $50.99 | $50.99 | $0.00 |
| ADM3 | Rountree Leitman Klein & Geer LLC Century Plaza I 2987 Clairmont Rd., Ste. 350 Atlanta, GA 30329 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 12/01/23 | | $8,029.50 $8,029.50 | $8,029.50 | $0.00 |
| ADM4 | Rountree Leitman Klein & Geer LLC Century Plaza I 2987 Clairmont Rd., Ste. 350 Atlanta, GA 30329 <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 | Administrative 12/01/23 | | $18.54 $18.54 | $18.54 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 20-62169-LRC CYNTHIA ANDERSON-GRAYSON

Claims Bar Date: 01/21/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM5 | Michael Bargar, <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 As agent and assignee of Arnall Golden Gregory | Administrative 12/01/23 | | $3,632.25 $3,632.25 | $3,632.25 | $0.00 |
| ADM6 | Michael Bargar, <3220-000 Attorney for Trustee Expenses (Other Firm) > , 200 As agent and assignee of Arnall Golden Gregory | Administrative 12/01/23 | | $14.80 $14.80 | $14.80 | $0.00 |
| ADM7 | Hays Financial Consulting, LLC 2964 Peachtree Road, NW Suite 555 Atlanta, GA 30305 <3310-000 Accountant for Trustee Fees (Trustee Firm)> , 200 | Administrative 03/10/22 | | $2,242.50 $2,242.50 | $2,242.50 | $0.00 |
| ADM8 | Hays Financial Consulting, LLC 2964 Peachtree Road, NW Suite 555 Atlanta, GA 30305 <3320-000 Accountant for Trustee Expenses (Trustee Firm)> , 200 | Administrative 03/10/22 | | $97.68 $97.68 | $97.68 | $0.00 |
| ADM9 | Clerk, United States Bankruptcy Court 1340 Russell Federal Building 75 Ted Turner Drive, SW Atlanta, GA 30303 <2700-000 Clerk of the Court Costs> , 200 Special Charges per Order, Dkt # 103 | Administrative 12/07/23 | | $350.00 $350.00 | $350.00 | $0.00 |
| SURPLUS | ANDERSON-GRAYSON, CYNTHIA 2435 HAVERFORD WAY DECATUR, GA 30032 <8200-000 Surplus Funds Paid to Debtor § 726(a)(6)> , 650 | Unsecured 07/15/24 | | $0.00 $8,294.50 | $0.00 | $8,294.50 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

### Case: 20-62169-LRC CYNTHIA ANDERSON-GRAYSON

Claims Bar Date: 01/21/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Educational Credit Management Corporation<br>Lockbox #8682<br>PO Box 16478<br>St. Paul, MN 55116-0478<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/10/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Doc. #110 \| 06/12/2024 \| Withdrawal of Claim No. 1 filed by ECMC. (Wilcoxson, Debra) | | | | | |

|  |  |  |
|---|---|---|
| Case Total: | $16,922.88 | $194,775.90 |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED AMENDED DISTRIBUTION**

Exhibit D

Case No.: 20-62169-LRC
Case Name: CYNTHIA ANDERSON-GRAYSON
Trustee Name: S. Gregory Hays

**Balance on hand:**  $  8,294.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trus c/o BSI Financial Services, Inc. | 186,481.40 | 186,481.40 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  8,294.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2,486.62 | 2,486.62 | 0.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 2,242.50 | 2,242.50 | 0.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 97.68 | 97.68 | 0.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 350.00 | 0.00 |
| Trustee, Expenses - S. Gregory Hays | 50.99 | 50.99 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Rountree Leitman Klein & Geer LLC | 8,029.50 | 8,029.50 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Michael Bargar | 3,632.25 | 3,632.25 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Rountree Leitman Klein & Geer LLC | 18.54 | 18.54 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Michael Bargar | 14.80 | 14.80 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $  0.00
Remaining balance:  $  8,294.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

UST Form 101-7-TFR(5/1/2011)

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,294.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,294.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Educational Credit Management Corporation | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,294.50 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 8,294.50 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 8,294.50 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $8,294.50.

**UST Form 101-7-TFR(5/1/2011)**